Luis **GONZALEZ,** Plaintiff–Appellant,

v.

**UNITED STATES,** Defendant–Appellee.

No. 01–5123.

United States Court of Appeals, Federal Circuit.

Dec. 5, 2001.

Before MICHEL, CLEVENGER, and GAJARSA, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.